UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GONZALES, | No. C-14-4059 EMC |
| Plaintiff, | |
| v. | **ORDER SETTING HEARING ON PLAINTIFF'S TEMPORARY RESTRAINING ORDER APPLICATION** |
| CITIMORTGAGE, INC, *et al.*, | |
| Defendants. | |
| _____/ | |

On Thursday, September 11, 2014, Plaintiff filed an ex parte application for a temporary restraining order, seeking to enjoin the September 15, 2014 foreclosure sale of her property. Dkt. No. 6. Plaintiff's application is hereby set for hearing at **3:30 pm, Friday, September 12, 2014**. The parties may appear either telephonically or in person. If a party chooses to appear telephonically, they shall so notify the Court in advance of the hearing with the necessary contact information. Plaintiff is further **ORDERED** to provide notice of this hearing directly to a representative of Defendant – not simply to its registered agent for service of process. Plaintiff shall confirm compliance with this order by **1:30pm**, **Friday, September 12, 2014**.

IT IS SO ORDERED.

Dated: September 12, 2014

_____
EDWARD M. CHEN
United States District Judge