**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GONZALES, | No. C-14-4059 EMC |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION** |
| CITIMORTGAGE, INC, *et al.*, | |
| Defendants. _____/ | |

Based on the Application, Points and Authorities, and supporting Declarations in the moving papers, and for good cause shown, the Court finds that Plaintiff has established good cause for issuance of a Temporary Restraining Order.

**IT IS SO ORDERED** that the above named Defendant show cause before this Court in Courtroom 5, United States District Courthouse, 450 Golden Gate Avenue, San Francisco CA 94102-3489 on **Friday, October 10, 2014** at **2:00pm**, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the Defendant and its agents during the pendency of this action from foreclosing upon the subject property located at 812 Vaqueros Ave., Rodeo, CA 94572.

**IT IS FURTHER ORDERED**, pursuant to Federal Rule of Civil Procedure 65 and pending the hearing of plaintiff's application for a preliminary injunction, that Defendant and its agents be temporarily restrained and enjoined from foreclosing upon the subject property located at 812 Vaqueros Ave., Rodeo CA 94572 until further ruling from this Court.  This temporary restraining order issues because Plaintiff has demonstrated the existence of substantial questions on the merits of her claims and the high likelihood of irreparable injury should a temporary restraining order not

issue. Further, Plaintiff has demonstrated that the balance of hardships and the public's interest, as reflected in California's Homeowner's Bill of Rights, weigh sharply in favor of granting the temporary restraining order.

With respect to the hearing regarding a preliminary injunction, the Court further **ORDERS** as follows:

The preliminary injunction hearing will be on: **Friday, October 10, 2014** at **2:30 pm**[1]

Defendant's responsive papers are due by: **Monday, September 29, 2014** at **3:00pm**

Plaintiff's reply papers are due by: **Friday, October 3, 2014** at **5:00pm**

IT IS SO ORDERED.

Dated: September 12, 2014

_____
EDWARD M. CHEN
United States District Judge

---

[1] The Court finds good cause for extending the temporary restraining order for an additional 14 days. *See* Fed. R. Civ. P. 65(b)(2).