UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GONZALES,<br><br>  Plaintiff,<br><br>  v.<br><br>CITIMORTGAGE, INC, *et al.*,<br><br>  Defendants.<br>_____/ | No. C-14-4059 EMC<br><br>**ORDER RE SUPPLEMENTAL BRIEFING ON PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION** |

On September 12, 2014, this Court issued a temporary restraining order and an order to show cause why a preliminary injunction should not issue in this case. Dkt. No. 15. In its response to the order to show cause, Defendant argued that Plaintiff had failed to show a likelihood of prevailing on her claim under California Civil Code § 2923.6 because Plaintiff had failed to submit a complete loan modification application. Dkt. No. 19, at 5.

In its motion to dismiss, Defendant raised an additional argument against Plaintiff's § 2923.6 claim – that under Cal. Civil Code § 2923.6(g), it was not required to evaluate Plaintiff's loan modification application because she had already received loan modifications in the past. *See* Cal. Civil Code § 2923.6(g) ("[T]he mortgage servicer shall not be obligated to evaluate applications from borrowers who have already been evaluated or afforded a fair opportunity to be evaluated for a first lien loan modification prior to January 1, 2013 . . . unless there has been a material change in the borrower's financial circumstances since the date of the borrower's previous application and that change is documented by the borrower and submitted to the mortgage servicer.").

Plaintiff is hereby **ORDERED** to provide the Court a supplemental brief responding to Defendant's § 2923.6(g) argument. This supplemental brief shall not exceed 5 pages in length and shall be filed by **3:00pm, Wednesday, October 8, 2014**. No reply brief shall be filed.

IT IS SO ORDERED.

Dated: October 6, 2014

_____
EDWARD M. CHEN
United States District Judge