**Andrew A. Bao (SBN 247092)**
*aabao@wolfewyman.com*
**Meagan S. Tom (SBN 273489)**
*mstom@wolfewyman.com*
**WOLFE & WYMAN LLP**
**2175 N. California Blvd., Suite 645**
**Walnut Creek, California 94596-3502**
**Telephone:  (925) 280-0004**
**Facsimile:   (925) 280-0005**

**Attorneys for Defendant**
**CITIMORTGAGE, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH GONZALES, an individual, | Case No.: 3:14-cv-04059 EMC |
| Plaintiff, | **STIPULATION FOR ORDER TO CONTINUE THE MEDIATION DEADLINE; [PROPOSED] ORDER** |
| v. | |
| CITIMORTGAGE, INC., a business entity; and DOES 1 through 50, inclusive, | Hon. Edward M. Chen |
| Defendants. | Action Filed:  09/05/14<br>Trial Date:    None set. |

The parties hereby stipulate as follows and respectfully request that the Court enter the proposed order set forth below.

WHEREAS, on March 27, 2015, the Court ordered the parties to complete a mediation no later than July 31, 2015;

WHEREAS, the Parties have been engaged in informal settlement discussions throughout the pendency of this action;

WHEREAS, the Parties believe that they may reach a resolution of the entire case without formal mediation with Court-appointed mediator, Benjamin Riley;

WHEREAS, the Parties believe that additional time to reach and finalize any resolution of the entire case without formal mediation may require additional time past the July 31, 2015

1
**STIPULATION FOR ORDER TO CONTINUE THE MEDIATION DEADLINE**

1  mediation completion deadline; and

2      WHEREAS, the Parties agree that a continuance will be a more productive use of the Parties'

3  time and resources.

4      NOW, THEREFORE, the parties STIPULATE and agree that the current deadline to

5  complete mediation shall be continued no less than 60 (sixty) days, to September 30, 2015, or a later

6  date selected by the Court.

7  DATED:  May 13, 2015        WOLFE & WYMAN LLP

8

9      By:  :  /s/ Meagan S. Tom  SBN 273489
        ANDREW A. BAO

10         MEAGAN S. TOM
    Attorneys for Defendant

11     **CITIMORTGAGE, INC.**

12

13 DATED:  May 12, 2015        MELLEN LAW FIRM

14

15     By: */s/ Jessica Galletta*
        MATTHEW MELLEN

16         JESSICA GALLETTA
    Attorneys for Plaintiff

17     **ELIZABETH GONZALES**

18

19     **ORDER**

20     IT IS HEREBY ORDERED THAT the stipulation by the parties herein is GRANTED and

21 the mediation completion date be continued from July 31, 2015 until September 30, 2015 or a later

22 date selected by the court.   Further CMC reset from 8/20/15 to 10/22/15 at 10:30 a.m.

23         An updated joint CMC statement shall be filed by 10/15/15,

24     _____
    HONORABLE EDWARD M. CHEN

25

26 

27

28

2

**STIPULATION FOR ORDER TO CONTINUE THE MEDIATION DEADLINE**

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF CONTRA COSTA     )

I, Kimberly Ward, declare that I am employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action. My business address is 2175 N. California Blvd., Suite 645, Walnut Creek, California 94596-3502.

On the date shown below, I served the document(s) described as **STIPULATION FOR ORDER TO CONTINUE THE MEDIATION DEADLINE; [PROPOSED] ORDER** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☐ **BY MAIL**: as follows:
  ☐ STATE - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Walnut Creek, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.
  ☐ FEDERAL – I deposited such envelope in the U.S. Mail at Walnut Creek, California, with postage thereon fully prepaid.

☐ **BY PERSONAL SERVICE** as follows: I caused a copy of such document(s) to be delivered by hand to the offices of the addressee between the hours of 9:00 A.M. and 5:00 P.M.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☒ **BY ELECTRONIC MAIL** as follows: I hereby certify that I electronically transmitted the attached document(s) to the U.S. District Court using the CM/ECF System for filing, service and transmittal of Notice of Electronic Filing to the CM/ECF registrants for this case. Upon completion of the electronic transmission of said document(s), a receipt is issued to the serving party acknowledging receipt by ECF's system, which will be maintained with the original document(s) in our office.

☐ **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☒ **STATE**   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **FEDERAL**   I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on May 13, 2015, at Walnut Creek, California.

KIMBERLY WARD

1812003.1

**SERVICE LIST**
<u>Elizabeth Gonzales v. CitiMortgage, Inc., et al.</u>
U.S. District Court, Northern District Case No. 3:14-cv-04059 EMC
W&W File No. 1133-1415
[Revised: 09/24/14]

| | |
|---|---|
| Matthew David Mellen, Esq.<br>Jessica Ryan Galletta, Esq.<br>MELLEN LAW FIRM<br>411 Borel Avenue, Suite 230<br>San Mateo, CA 94402 | **Attorneys for Plaintiff**<br>**ELIZABETH GONZALES**<br>Tel.: (650) 638-0120<br>Fax: (650) 638-0125<br>Email: mellenlaw@yahoo.com |

1812003.1