Matthew D. Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
Sarah Shapero (Bar No. 281748)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone:   (650) 638-0120
Facsimile:    (650) 638-0125

Attorneys for Plaintiff,
ELIZABETH GONZALES

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH GONZALES, an individual<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC., a business entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:14-CV-04059-EMC<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT CITIMORTGAGE, INC. WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(i)** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Plaintiff hereby dismisses Defendant CITIMORTGAGE, INC. and this matter with prejudice pursuant to F.R.C.P. 41(a)(1)(i).

DATED: August 4, 2015

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

Respectfully submitted,

MELLEN LAW FIRM

/s/ Sarah Shapero
Sarah Shapero
Attorney for Plaintiff
ELIZABETH GONZALES

1
PLAINTIFF'S NOTICE OF DISMISSAL