Matthew D. Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone:   (415) 315-1653
Facsimile:    (415) 276-1902

Attorneys for Plaintiff
ELIZABETH GONZALES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH GONZALES, an individual, | Case No.: 3:14-cv-04059 EMC |
| Plaintiff, | AMENDED STIPULATION REGARDING RELEASE OF FUNDS HELD BY COURT; [PROPOSED] ORDER |
| v. | |
| CITIMORTGAGE, INC., a business entity; and DOES 1 through 50, inclusive, | |
| Defendants. | |

WHEREAS Plaintiff initiated this action on September 5, 2014 (Dckt. 1);

WHEREAS on September 11, 2014, Plaintiff filed an Ex Parte Application for Temporary Restraining Order, which was granted on September 12, 2014 (Dckt. 6-7; 15);

WHEREAS on October 10, 2014, the Court granted Plaintiffs' request for a Preliminary Injunction, enjoining the foreclosure sale of Plaintiff's property until further order by the Court. (Dckt. 30).

WHEREAS Pursuant to the Order, Plaintiff was required to submit $2,000 per month to the Court's registry as a condition of maintaining the Injunction Order. (Dckt. 30 at pp. 3, lns. 7-10).

WHEREAS on August 4, 2015, this action was dismissed with prejudice pursuant to a settlement agreement entered into between the parties. (Dckt. 58-59).  The court's prior preliminary injunction order was thus mooted and of no further legal effect as a result of the dismissal.

WHEREAS $10,000.00 in funds was deposited by Plaintiff into the Court's registry, per the

1 | Court's Order, which still remains in the Court's registry.

2 |     NOW THEREFORE the Parties hereby stipulate and agree to release to Plaintiff the funds held in the Court's registry pursuant to Northern District Case Number 3:14-cv-04059 EMC. The Parties stipulate to release of the funds and interest earned thereon to Plaintiff's counsel, made payable to Client Trust Account of Mellen Law Firm.

    SO STIPULATED

DATED: October 19, 2016        WOLFE & WYMAN LLP

By: */s/ Andrew Bao*
    ANDREW A. BAO
Attorneys for Defendant
**CITIMORTGAGE, INC.**

DATED: October 19, 2016        MELLEN LAW FIRM

By: /s/ Jessica Galletta
    MATTHEW MELLEN
    JESSICA GALLETTA
Attorneys for Plaintiff
**ELIZABETH GONZALES**

### ORDER

The Court, having reviewed the Parties' Stipulation and finding good cause to issue an Order thereon, hereby grants the Parties' stipulation to release to Plaintiff the funds and interest earned thereon, held in the Court's registry in Northern District Case Number 3:14-cv-04059 EMC. The funds and interest earned thereon shall be made payable to the Client Trust Account of Mellen Law Firm.

IT IS SO ORDERED

Dated: __10/20/16_____



_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

3
**AMENDED STIPULATION REGARDING RELEASE OF FUNDS HELD BY COURT; [PROPOSED] ORDER**